## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL RINALDI, | : | |
| **Plaintiff** | : | |
| | : | **No. 1:13-cv-450** |
| **v.** | : | |
| | : | **(Judge Rambo)** |
| UNITED STATES OF | : | |
| AMERICA, *et al.*, | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, this 16ᵗʰ day of April 2019, for the reasons set forth in the

Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1.  Defendants' motion to dismiss and/or, in the alternative, for summary judgment (Doc. No. 68) is **GRANTED IN PART** and **DENIED IN PART**, as follows:

    a.  The motion (Doc. No. 68) is **GRANTED** with respect to Rinaldi's First Amendment retaliation claim;

    b.  The motion (Doc. No. 68) is **GRANTED** with respect to Rinaldi's Eighth Amendment claim against Defendants Watts, Norwood, Bledsoe, Thomas, Grondolsky, Young, Rear, Doe, and Taggart;

    c.  The motion (Doc. No. 68) is **DENIED** with respect to Rinaldi's Eighth Amendment claim against Defendants Kissell, Baysore, and Gee;

2.  The Clerk of Court is directed to enter judgment in favor of Defendants Watts, Norwood, Bledsoe, Thomas, Grondolsky, Young, Rear, Doe, and Taggart and against Plaintiff;

3.  This matter shall proceed with respect to Rinaldi's Eighth Amendment claim against Defendants Kissell, Baysore, and Gee; and

4.    A separate scheduling order will issue.


                              s/Sylvia H. Rambo
                              SYLVIA H. RAMBO
                              United States District Judge