# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL RINALDI,** | : | |
| Plaintiff | : | |
| | : | No. 1:13-cv-450 |
| v. | : | |
| | : | (Judge Rambo) |
| **UNITED STATES OF AMERICA,** *et al.*, | : | |
| | : | |
| Defendants | : | |

# ORDER

**AND NOW**, on this 25th day of May 2021, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 116) is **GRANTED**;

2. The Clerk of Court is directed to enter judgment in favor of Defendants Baysore, Kissell, Gee, Beaver, and Raup and against Plaintiff Michael Rinaldi; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                                 s/ Sylvia H. Rambo
                                                 United States District Judge